Electronically Filed
10/27/2017 11:26 AM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Rose Wright, Deputy Clerk

ERIC R. CLARK, Esq.
CLARK & ASSOCIATES, ATTORNEYS
P.O. Box 2504
Eagle, ID 83616
Office: 208-830-8084
Fax: 208-939-7136
Idaho State Bar No. 4697
eclark@EricRClarkAttorney.com

    Attorney for Plaintiffs

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| Eric R. CLARK, Attorney at Law, and Clark & Associates, PLLC, <br><br>     Plaintiffs, <br> vs. <br><br> Sofia PODESTA, <br><br>     Defendant. | CV01-17-18606 <br> Case No. ~~CV-07-18606~~ <br><br> **AMENDED COMPLAINT** |

\* \* \* \* \* \*

    The Plaintiffs, by and through counsel, hereby file their complaint, and complain and alleges as follows:

### INTRODUCTION

1.    This is a fraudulent transfer to avoid creditor's case.

### PARTIES AND JURISDICTION

2.    At all times relevant to these proceedings, the Plaintiffs Eric R. CLARK, Attorney at Law, and Clark & Associates, PLLC, (Collectively "Clark") resided in Ada County, Idaho.

AMENDED COMPLAINT - 1

3. The Defendant Sofia Podesta is an individual who resides in New Jersey.

4. Jurisdiction is proper according to I.C. § 5-514, Idaho's Long Arm Statute as the fraud alleged herein was directed towards the Plaintiffs, who reside in Idaho.

5. Jurisdiction in the District Court is proper as the claim exceeds $10,000, the statutory minimum for this Court.

**FACTS AND ALLEGATIONS**

6. Sofia Podesta is married to Jeffrey J. Podesta and has been married to Mr. Podesta at all times relevant to this proceeding.

7. In January 2017, Clark obtained a judgment in Untied States District Court for the District of Idaho, Case No. 1:15-cv-008 against Jeffrey Podesta on Count One; Fraud in the Inducement, and Count Two, Breach of Contract. Clark claims accrued due to Jeffrey Podesta's fraudulent conduct in November-December 2010, and January-February 2012 in Idaho. Federal Magistrate Judge Candy Dale entered judgment for Clark totaling **$129,576.76,** on January 18, 2017, plus accumulating statutory interest.

8. The Federal Judge ruled that the exercise of personal jurisdiction over Podesta and his company Street Search, LLC, was proper as Podesta's contract with Clark arose in Idaho and as Podesta's tortious conducted was directed towards Clark in Idaho.

9. Podesta and his wife purchased a home in Rumson, New Jersey, in 2000. In 2004, the Podesta's quitclaimed the home into Sofia Podesta's name only.

10. In 2013, Jeffrey and Sofia Podesta obtained another mortgage on their home which obligated both of the Podesta's. Soon thereafter, the Podesta's quitclaimed the home into Sofia Podesta's name only.

11. Sofia Podesta does not work. Jeffrey Podesta has his substantial paychecks deposited into an account in his Wife's name only and allegedly she pays the mortgage payments from this account. Podesta has also transferred other personal property assets to his wife to avoid his creditors, past and future, including Clark.

12. The Podesta's have placed this real property in Sofia Podesta's name to avoid Jeffery Podesta's creditors, past and future, including Clark.

13. Since the time Clark's claims arose in November 2010, Jeffery Podesta has been fraudulently transferring money to his wife by paying the mortgage on the property they have

transferred into Sofia Podesta's name only. Due to Podesta's fraudulent conduct, to which Sofia Podesta is a willing participant, both the Podesta's are directing their fraudulent conduct at Clark in Idaho and Clark has suffered resulting harm in Idaho.

## COUNT ONE – FRAUDULENT TRANSFERS

14. Clark refers to and re-alleges all prior paragraphs as if set forth herein.

15. Clark claims arose against Jeffrey Podesta as early as November 2010.

16. Sofia Podesta is an "insider" as defined by Idaho's Uniform Fraudulent Transfer's Act.

17. Sofia Podesta had actual knowledge or should have been aware of Clark's claims, Clark's litigation with Jeffery Podesta, and Clark's judgment, all due to her relationship with Jeffrey Podesta, her husband.

18. Each transfer that Jeffrey Podesta made to Sofia Podesta was made without any consideration and with the actual intent to hinder, delay, or defraud Jeffrey Podesta's creditors, including Clark.

19. Once Jeffrey Podesta fraudulently transferred these funds, he benefited from the transfers because he lived in the home with Sofia Podesta.

20. Jeffrey Podesta was insolvent due to Clark's and other creditor's claims.

21. As a direct and proximate result of these fraudulent transfers received by Sofia Podesta as transferee, Clark has suffered damages of at least **$129,576.76** including prejudgment interest accumulating since November 2010.

22. Clark reserves the right to seek to amend this complaint to include a claim for punitive damages.

## ATTORNEY FEES

23. Clark was forced to hire and retain legal counsel to pursue this claim and is therefore entitled to attorney fees according to contract, to Idaho Code §§ 12-120, 12-121, and the Idaho Rules of Civil Procedure, if he prevails in this action.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for judgment against the Defendant as follows:

1. For Judgment against Defendant Sofia Podesta for **$129,576.76** plus prejudgment interest accruing since November 2010;

2.   For Judgment requiring the Defendant Sofia Podesta to pay attorney fees and litigation costs to the Plaintiffs of not less than $10,000.00 in the event default is obtained and default judgment is entered, and the actual amount of attorney fees and litigation costs the Plaintiffs incur if this matter is contested;

3.   For such other relief the Court determines is appropriate and proper under the circumstances.

DATED this 27th day of October 2017.

CLARK & ASSOCIATES, ATTORNEYS

/s/ Eric R. Clark
Eric R. Clark
For the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of October, 2017, I filed the foregoing document electronically through the Idaho iCourt e-filing system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

William J. O'Connor
O'Connor Law, PLLC
824 West Franklin, St.
Boise, ID 83702
Fax: (208) 424-3100
will@williamthelawyer.com

/s/ Eric R. Clark
Eric R. Clark